```
1   J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
2   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
3   Glendale, California 91206
    Telephone: (818) 500-3200
4   Facsimile:  (818) 500-3201

5   andy@coombspc.com
    annie@coombspc.com
6
    Attorneys for Plaintiff
7   Adobe Systems Incorporated
```

**ADR E-FILING**

**ORIGINAL FILED**

MAR 2 0 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Stephen Cavener, Henry A. Lineberger Group LLC and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. **C08 01540 VRW**<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT AND TRADEMARK INFRINGEMENT<br><br>DEMAND FOR A JURY TRIAL |

Plaintiff Adobe Systems Incorporated ("Adobe") for its Complaint alleges as follows:

I. **Introduction**

1. Adobe brings this action as a result of Defendants' systematic, unauthorized copying and distribution of Adobe's software products through sales on the eBay online auction site. Defendants' actions, commonly known as software piracy, are willful and cause substantial damage to Adobe and to the software industry.

2. Adobe is a global leader in developing and distributing innovative computer software. Its products and services offer developers and enterprises tools for creating, managing, delivering and engaging with compelling content across multiple operating systems, devices and media. The software industry is competitive, and Adobe undertakes great expense and risk in conceiving, developing, testing, manufacturing, marketing, and delivering its software products to consumers. Software piracy, including piracy on eBay, undermines Adobe's investment and creativity, and misleads and confuses consumers.

3. Defendants, through usernames including "crewchief4455" and, on information and belief, other aliases, have made, offered for sale, sold, and distributed unauthorized copies of



Adobe v. Cavener: Complaint (Copyright and Trademark)　　　- 1 -