1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
7  Systems Incorporated

8  Stephen Cavener
   Henry A. Lineberger Group LLC
9  93 Old York Road, Suite 1-736
   Jenkinstown, Pennsylvania 19046

10 Defendants, *in pro se*

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) Case No. C08-1540 VRW |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT STIPULATION TO CONTINUE |
|  | ) CASE MANAGEMENT CONFERENCE |
| Stephen Cavener, Henry A. Lineberger Group LLC and Does 1 through 10, inclusive, | ) |
| Defendants. | ) |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendants Stephen Cavener and Henry A. Lineberger Group LLC (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on June 26, 2008, at 3:30 p.m.;

WHEREAS Adobe and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein;

WHEREAS there have been no prior continuances requested by the Parties; and

1  In light of the request, the Case Management Conference currently on calendar for June 26,
2  2008, at 3:30 p.m. is continued until _____, at _____.

3

4  IT IS SO ORDERED:

5

6  Dated:

7                                                            _____
                                                             Hon. Vaughn R. Walker
                                                             United States District Judge, Northern District of
                                                             California
8

PRESENTED BY:

9

J. Andrew Coombs, A Professional Corp.

10

11 By: _____
        J. Andrew Coombs
12      Annie S. Wang
   Attorneys for Plaintiff Adobe Systems
13 Incorporated

14

15 Stephen Cavener

16
   By: _____
17      Stephen Cavener
   Defendant, *in pro se*

18

19 Henry A. Lineberger Group, LLC

20
   By: _____
21      Stephen Cavener
   Its:
22 Defendant

23

24

25

26

27

28

Adobe v. Cavener, et al.: [Proposed] Order Granting Continuance      - 2 -
of Case Management Conference

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 11, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Stephen Cavener, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Mr. Ernest Sasso<br>Law Offices of Ernest Sasso<br>20300 Computer Ave.<br>Suite M-69<br>Willow Grove, PA 19090-1745 | |

Place of Mailing: Glendale, California
Executed on June 11, 2008, at Glendale, California

_Katrina B_
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Stephen Cavener
Henry A. Lineberger Group LLC
93 Old York Road, Suite 1-736
Jenkinstown, Pennsylvania 19046

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-1540 VRW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| v. ) | CONTINUANCE OF CASE |
| ) | MANAGEMENT CONFERENCE |
| Stephen Cavener, Henry A. Lineberger Group ) | |
| LLC and Does 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On or about March 20, 2008, the Court set a Case Management Conference on June 26, 2008, at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

/ / /

/ / /

/ / /

Adobe v. Cavener, et al.: [Proposed] Order Granting Continuance    - 1 -
of Case Management Conference

1   In light of the request, the Case Management Conference currently on calendar for June 26,
2   2008, at 3:30 p.m. is continued until _____, at _____.
3
4   IT IS SO ORDERED:
5
6   Dated:
                                                        _____
7                                                       Hon. Vaughn R. Walker
                                                        United States District Judge, Northern District of
                                                        California
8
    PRESENTED BY:
9
    J. Andrew Coombs, A Professional Corp.
10
11  By: _____
            J. Andrew Coombs
12          Annie S. Wang
13  Attorneys for Plaintiff Adobe Systems
    Incorporated
14

15  Stephen Cavener

16
    By: _____
17          Stephen Cavener
    Defendant, *in pro se*
18

19  Henry A. Lineberger Group, LLC

20
    By: _____
21          Stephen Cavener
    Its:
22  Defendant

23
24
25
26
27
28

Adobe v. Cavener, et al.: (Proposed) Order Granting Continuance    - 2 -
of Case Management Conference

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 11, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Stephen Cavener, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Mr. Ernest Sasso<br>Law Offices of Ernest Sasso<br>20300 Computer Ave.<br>Suite M-69<br>Willow Grove, PA 19090-1745 | |

Place of Mailing: Glendale, California
Executed on June 11, 2008, at Glendale, California

_____
Katrina Bartolome