J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Stephen Cavener
Henry A. Lineberger Group LLC
93 Old York Road, Suite 1-736
Jenkinstown, Pennsylvania 19046

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>   Plaintiff,<br>v.<br><br>Stephen Cavener, Henry A. Lineberger Group LLC and Does 1 through 10, inclusive,<br><br>   Defendants. | Case No. C08-1540 VRW<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

On or about March 20, 2008, the Court set a Case Management Conference on June 26, 2008, at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

/ / /

/ / /

/ / /

Adobe v. Cavener, et al.: [Proposed] Order Granting Continuance       - 1 -
of Case Management Conference

In light of the request, the Case Management Conference currently on calendar for June 26, 2008, at 3:30 p.m. is continued until ___August 28, 2008___, at ___3:30 PM___.

IT IS SO ORDERED:

Dated:  June 17, 2008

_____
Hon. Vaughn R. Walker
United States District Judge, Northern District of California

[GRANTED — Judge Vaughn R Walker — seal of United States District Court Northern District of California]

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems
Incorporated


Stephen Cavener

By: _____
    Stephen Cavener
Defendant, *in pro se*


Henry A. Lineberger Group, LLC

By: _____
    Stephen Cavener
Its:
Defendant

Adobe v. Cavener, et al.: (Proposed) Order Granting Continuance    - 2 -
of Case Management Conference

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 11, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Stephen Cavener, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Mr. Ernest Sasso<br>Law Offices of Ernest Sasso<br>20300 Computer Ave.<br>Suite M-69<br>Willow Grove, PA 19090-1745 | |

Place of Mailing: Glendale, California
Executed on June 11, 2008, at Glendale, California

*/s/ Katrina Bartolome*
Katrina Bartolome