1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 Adobe Systems Incorporated,            )   Case No. C08-1540 VRW
                                          )
12                  Plaintiff,            )   PROOF OF SERVICE
           v.                             )
13                                        )
   Stephen Cavener, et al.                )
14                                        )
                    Defendants.           )
15                                        )

16

17

18

19

20

21

22

23

24

25

26

27

28

Adobe v. Cavener, et al.: Proof of Service          - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 21, 2008, I served on the interested parties in this action with the:

- **CLERK'S NOTICE**

for the following civil action:

<u>Adobe Systems Incorporated v. Stephen Cavener, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Stephen Cavener<br>93 Old York Road, Ste 1-736<br>Jenkinstown, PA 19046 | Courtesy Copy to:<br>Mr. Ernest Sasso<br>Law Offices of Ernest Sasso<br>20300 Computer Ave.<br>Suite M-69<br>Willow Grove, PA 19090-1745 |
|---|---|
| Henry A. Lineberger Group LLC<br>93 Old York Road, Ste 1-736<br>Jenkinstown, PA 19046 | |

Place of Mailing: Glendale, California
Executed on July 21, 2008, at Glendale, California

_/s/ Katrina Bartolome_
Katrina Bartolome